UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br><br>James Johns<br>_____<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **AMENDED EXHIBIT B TO PRETRIAL ORDER #8 –**<br>**FIRST AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, __James Johns__, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, __James Johns__, is a resident and citizen of the State of __Alabama__ and claims damages as set forth below.

3. ~~Plaintiff's Spouse, _____, is a resident and citizen of the State of _____, and claims damages as set forth below.~~

*[Cross out Spousal Claim if not applicable.]*

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where

this Complaint would have been filed absent the direct filing order by this Court is ___Minnesota___.

    6. Plaintiff brings this action *[check the applicable designation]*:

☑      On behalf of [himself/herself];

☐      ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

~~*[Cross out if not applicable.]*~~

### **FACTUAL ALLEGATIONS**

    7. On or about ___October 2013___, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] ___Total right knee arthroplasty___ [Type of Surgery] at the ___Gadsden Regional Medical Center___ [medical center and address], in ___1007 Goodyear Ave, Gadsden, AL___ [city and state], by Dr. ___Patricia Clokey___.

    8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI"). The Pathogen identified was _____ (***if known***).

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone ___Knee arthrotomy; with drainage right side___ [Describe treatment(s) received, e.g., revision arthroplasty, wound vac treatment, multiple staged procedures, etc.] on or about ___July 2015___, at ___Gadsden Regional Medical Center, 1007 Goodyear Ave, Gadsden, AL___ [medical center(s) and address(es)] by Dr(s). ___William N. Haller, III___. [*Cross out if not applicable.*]

### ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

☑ INJURY TO HERSELF/HIMSELF

☐ INJURY TO THE PERSON REPRESENTED

☐ WRONGFUL DEATH

☐ SURVIVORSHIP ACTION

☐ ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable): [*Cross out if not applicable.*]

☑ LOSS OF SERVICES

☐ LOSS OF CONSORTIUM

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

### DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

☑ FIRST CAUSE OF ACTION - NEGLIGENCE;

☑ SECOND CAUSE OF ACTION - STRICT LIABILITY;

    ☑ FAILURE TO WARN

    ☑ DEFECTIVE DESIGN AND MANUFACTURE

☑ THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

☑ FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF __Alabama__ , Ala. Code §§ 7-2-314, et seq. ;

☑ FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

☑ SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

☑ SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

☑ EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

☑ NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF __Alabama__ , Ala. Code §§ 8-19-1, et seq. ;

☑ TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

☑ ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

☑ TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

☐ THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

☑ FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

4

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

N/A
_____

_____

_____.

*[Cross out if not applicable.]*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: December 15, 2016

Respectfully submitted,
s/Amanda M. Williams
Amanda M. Williams (#0341691)
Gustafson Gluek PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
awilliams@gustafsongluek.com

5